UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANNIE M TURMAN,

    Plaintiff,

v.                             Civil Action 2:23-cv-903
                                Judge Michael H. Watson
                                Magistrate Judge Jolson

SELECT PORTFOLIO
SERVICING, INC.,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss. ECF No. 7. The Motion is brought in response to Plaintiff's original Complaint, ECF No. 2. Since the filing of the Motion, Plaintiff has timely amended her Complaint, as of right, under Federal Rule of Civil Procedure 15(a)(1)(B). ECF No. 12. Because the operative Complaint in this matter has changed, Defendant's Motion to Dismiss, ECF No. 7, is **DENIED AS MOOT**.

IT IS SO ORDERED.

                                          _____
                                          **MICHAEL H. WATSON, JUDGE**
                                          **UNITED STATES DISTRICT COURT**